**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| STEVE SHELTON on behalf of RUBY FAWN SHELTON, as her Guardian and Conservator<br><br>Plaintiff,<br><br>v.<br><br>CORRECTHEALTH, LLC, *et al*<br><br>Defendants. | ) | Civil Action No.<br>1:21-cv-03689-ELR<br><br>Notice of Filing<br>Rule 5.1 Notice |

NOTICE OF FILING OF RULE 5.1 NOTICE OF CHALLENGE TO CONSTITUTIONALITY OF ARTICLES 4 AND 5, GEORGIA STATUTE OF LIMITAITONS AND TOLLING IN MEDICAL MALPRACTICE ACTIONS

Attached hereto is a Rule 5.1 Notice of Constitutional Challenge to O.C.G.A. § 9–3–70, et seq. and § 9–3–90, *et seq*, sent by certified mail to the following:

The Hon. Christopher Carr
Attorney General
State of Georgia
40 Capitol Square, SW
Atlanta, GA 30334

this 25th day of May, 2022. The Notice includes the following:

> This letter notifies Georgia's Attorney General's office that the constitutionality of a Georgia statute is questioned. Under Rule 5.1(c), unless the court sets a later time, the attorney general may intervene within sixty days after a party files a Rule 5.1 notice with a court or after the court certifies the challenge.

The following documents were mailed to the Attorney General:

| | |
|---|---|
| Doc. 1 | Complaint |
| Doc. 51 | Dr. Ayedun Motion to Dismiss |
| Doc. 52 | Def. Uni. Hosp. McDuffie adopting Dr. Ayedun's MTD |
| Doc. 54 | Plaintiff's Response to Defendants' Motions to Dismiss |
| Doc. 55 | Def. Ayedun Reply Brief |
| Doc. 56 | Hospital Adopting Dr. Ayedun's Brief |

These documents are not included in or attached to this Notice of Filing.

A copy of this Notice was separately emailed to the following persons at the related email addresses, but without the documents.

| | |
|---|---|
| Joseph H. Huff | jhuff@kilpatricktownsend.com |
| Laurel Payne Landon | llandon@kilpatricktwonsend.com |
| Thomas E. Lavender III | ted.lavender@lhalawyers.com |
| Amy M. Hoffman | Amy.hoffman@lhalawyers.com |
| Allison L. Currie | alison.currie@lhalawyers.com |
| Paul Weathington | pweathington@weathingtonsmith.com |
| Jesse K. Broocker | jbroocker@weathingtonsmith.com |

Respectfully submitted this 25th day of May 2022.

/s/ *John P. Batson*
John P. Batson
Georgia Bar No. 042150
*Attorney for Plaintiff*

**LAW OFFICE OF JOHN BATSON**
1104 Milledge Road
Augusta, GA 3004
706-737-4040
Fax/ 706-736-3391
jpbatson@aol.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this document has been prepared with margins according to the rule, one of the font and point selections approved by the Court in L.R. 5.1, specifically Times New Roman 14.

Respectfully submitted this 25th day of May 2022.

/s/ *John P. Batson*
John P. Batson
Georgia Bar No. 042150
*Attorney for Plaintiff*

**LAW OFFICE OF JOHN BATSON**
1104 Milledge Road
Augusta, GA 3004
706-737-4040
Fax/ 706-736-3391
jpbatson@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing NOTICE OF FILING OF RULE 5.1 NOTICE OF CHALLENGE TO CONSTITUTIONALITY OF ARTICLES 4 AND 5, GEORGIA STATUTE OF LIMITAITONS AND TOLLING IN MEDICAL MALPRACTICE ACTIONS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

Thomas E. Lavender III
Amy M. Hoffman
Alison L. Currie
Fisher Broyles, LLP
945 East Paces Ferry Road
Suite 200
Atlanta, GA 30326

Paul E. Weathington
Jesse K. Broocker
191 Peachtree St., NE
Suite 3900
Atlanta, GA 30303

Joseph H. Huff
Laurel Payne Landon
Kilpatrick Townsend & Stockton
1450 Greene Street, Suite 230
Augusta, Georgia 30901

Respectfully submitted this 25th day of May, 2022.

/s/ *John P. Batson*
John P. Batson
Georgia Bar No. 042150
*Attorney for Plaintiff*